**FILED**
OCT 16 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LARONE WILLIAMS
(full name of plaintiff or petitioner)

vs.

CHICAGO POLICE
CITY OF CHICAGO
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)

23-cv-15025
Judge Gettleman
Magistrate Judge Cole
RANDOM / PC 2

**Instructions:** Please answer every question. Do not l[eave blank]. If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

✓ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1. *Are you in custody?* ✓ Yes ___ No
ID # 2022-072-4080   Name of jail or prison: Cook County Jail
Do you receive any payment from this institution? ___ Yes ✓ No
If "Yes," how much per month? $ 0

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

(list the 12-month total for each)

| Source | Amount |
|---|---|
| Self-employment, business, or profession: | $ 0 |
| Income from interest or dividends: | $ 0 |
| Income from rent payments: | $ 0 |
| Pensions, annuities, or life insurance: | $ 0 |
| Disability or worker's compensation: | $ 0 |
| Gifts: | $ 0 |
| Deposits by others into your jail or prison account: | $ 300 |
| Unemployment, public assistance, or welfare: | $ 0 |
| Settlements or judgments: | $ 0 |
| Any other source of money: | $ 0 |

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ☐ Yes ☒ No  If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ☐ Yes ☒ No

    If yes, list each item of property and state its approximate value:

    _____
    _____

5. *Dependents:* Is anyone dependent on you for support?  ☒ Yes  ☐ No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month: L.W/L.W/L.W/ my Three Sons, I Show UNCONDITIONAL Love & Support

6. *Debts and financial obligations:* List any amounts you owe to others:
    0

*Declaration*: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: Oct 3rd 2023

Applicant's signature

LARONE WILLIAMS
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Larone Williams ID # 2023-0724089 has the sum of $ 0.80 on account to his/her credit at Cook County DOC (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ 31.66 . (Add all deposits from all sources and then divide by the number of months.)

Date: Oct 3, 2023

Signature of authorized officer

K. Sankey
Printed name

Page 2 of 2

Rev. 2/2020

# Resident Transaction Details

Transactions From 4/1/2023 12:00 AM to 10/3/2023 11:59 PM

## 0510335 : Williams, Larone
### DIV6 2R 19

Cook Checking Main Balance: $0.80

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5926310 | 9/26/2023 | BillPay | | | PAYMENT FOR TRANS 5926309 | -$31.17 | $0.80 |
| 5926309 | 9/26/2023 | Bill | $31.17 | $31.17 | Commissary : COMMISSARY 9/26/2023 REF:11361 | | $31.97 |
| 5923042 | 9/25/2023 | BillPay | | | PAYMENT FOR TRANS 5923041 | -$20.00 | $31.97 |
| 5923041 | 9/25/2023 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 9/25/2023 REF:11358 | | $51.97 |
| 5854592 | 9/11/2023 | CredPay | | | PAYMENT FOR TRANS 5854591 | $50.00 | $51.97 |
| 5854591 | 9/11/2023 | Credit | $50.00 | $50.00 | Western Union Deposits : TCN:1919720711232548\|LORETTA, STALA | | $1.97 |
| 5790982 | 8/28/2023 | BillPay | | | PAYMENT FOR TRANS 5790981 | -$4.00 | $1.97 |
| 5790981 | 8/28/2023 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 8/28/2023 REF:11113 | | $5.97 |
| 5757784 | 8/21/2023 | BillPay | | | PAYMENT FOR TRANS 5757783 | -$10.00 | $5.97 |
| 5757783 | 8/21/2023 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 8/21/2023 REF:11061 | | $15.97 |
| 5722416 | 8/14/2023 | BillPay | | | PAYMENT FOR TRANS 5722415 | -$8.00 | $15.97 |
| 5722415 | 8/14/2023 | Bill | $8.00 | $8.00 | Commissary : COMMISSARY 8/14/2023 REF:10997 | | $23.97 |
| 5690254 | 8/8/2023 | BillPay | | | PAYMENT FOR TRANS 5690253 | -$31.18 | $23.97 |
| 5690253 | 8/8/2023 | Bill | $31.18 | $31.18 | Commissary : COMMISSARY 8/8/2023 REF:10954 | | $55.15 |
| 5686607 | 8/7/2023 | BillPay | | | PAYMENT FOR TRANS 5686606 | -$15.00 | $55.15 |

## 0510335 : Williams, Larone
### DIV6 2R 19

Cook Checking Main Balance: $0.80

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5686606 | 8/7/2023 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 8/7/2023 REF:10951 | | $70.15 |
| 5661274 | 8/2/2023 | CredPay | | | PAYMENT FOR TRANS 5661273 | $70.00 | $70.15 |
| 5661273 | 8/2/2023 | Credit | $70.00 | $70.00 | Western Union Deposits : TCN:4563575175232148|LORETTA, STALA | | $0.15 |
| 5498787 | 7/1/2023 | BillPay | | | PAYMENT FOR TRANS 5498786 | -$2.00 | $0.15 |
| 5498786 | 7/1/2023 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 7/1/2023 REF:10612 | | $2.15 |
| 5474210 | 6/27/2023 | BillPay | | | PAYMENT FOR TRANS 5474209 | -$18.17 | $2.15 |
| 5474209 | 6/27/2023 | Bill | $18.17 | $18.17 | Commissary : COMMISSARY 6/27/2023 REF:10537 | | $20.32 |
| 5470569 | 6/26/2023 | BillPay | | | PAYMENT FOR TRANS 5470568 | -$4.00 | $20.32 |
| 5470568 | 6/26/2023 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 6/26/2023 REF:10534 | | $24.32 |
| 5439183 | 6/20/2023 | BillPay | | | PAYMENT FOR TRANS 5439182 | -$21.47 | $24.32 |
| 5439182 | 6/20/2023 | Bill | $21.47 | $21.47 | Commissary : COMMISSARY 6/20/2023 REF:10461 | | $45.79 |
| 5436042 | 6/19/2023 | BillPay | | | PAYMENT FOR TRANS 5436041 | -$5.00 | $45.79 |
| 5436041 | 6/19/2023 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 6/19/2023 REF:10458 | | $50.79 |
| 5370762 | 6/6/2023 | BillPay | | | PAYMENT FOR TRANS 5370761 | -$19.36 | $50.79 |
| 5370761 | 6/6/2023 | Bill | $19.36 | $19.36 | Commissary : COMMISSARY 6/6/2023 REF:10307 | | $70.15 |
| 5334019 | 5/29/2023 | CredPay | | | PAYMENT FOR TRANS 5334018 | $70.00 | $70.15 |
| 5334018 | 5/29/2023 | Credit | $70.00 | $70.00 | Western Union Deposits : TCN:1428210988231498|LORETTA, STALA | | $0.15 |
| 5063735 | 4/3/2023 | BillPay | | | PAYMENT FOR TRANS 5063734 | -$2.00 | $0.15 |

Printed 10/3/2023  Confidential Property of Cook County  Page 2 of 3

## 0510335 : Williams, Larone
### DIV6 2R 19

Cook Checking Main Balance: $0.80

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 5063734 | 4/3/2023 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 4/3/2023 REF:9638 | | $2.15 |